Barrett Law Office, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-5322 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Claude C. Griffin,<br><br>              Plaintiff,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **CLAUDE C. GRIFFIN**, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: March 17, 2009      By: _/s/_____

BARRETT LAW OFFICE, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1

2  DATED: __Oct. 5__, 2009    By: _____[signature]_____

3
4  DLA PIPER LLP (US)
   1251 Avenue of the Americas
   New York, NY 10020
5  Telephone: (212) 335-4500
   Facsimile: (212) 335-4501
6  *Defendants' Liaison Counsel*

7

8

9

10  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

11           10/9/09
             ~~Oct. 5~~
12  Dated: _____

13  Hon. Charles R. Breyer
    United States District Judge

    [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**